# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-MJ-5805 |
| FERNANDO AYALA-RODRIGUEZ | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 29</u>, <u>2025</u>, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Stephanie S. Christensen, U.S. Magistrate Judge</u>, in Courtroom <u>790</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>September 24, 2025</u>

_____
U.S. District Judge/Magistrate Judge